UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Marlysa Atkinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10456-DRH |
| *Katrin Bivens v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10748-DRH |
| *Angela Cobb v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11581-DRH |
| *Dorothea Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13316-DRH |
| *Joan Deigl v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10883-DRH |
| *Stevie Fanning v. Bayer Corporation, et al.* | No. 10-cv-20242-DRH |
| *Frances Gaither v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10157-DRH |
| *Angela George v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11621-DRH |
| *Tasha Glutting v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10094-DRH |
| *Teresa Griest v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10822-DRH |
| *Stephanie Hayes, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11478-DRH |
| *Nicole Horton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10419-DRH |
| *Whitney Lenci v. Bayer HealthCare* | No. 13-cv-10158-DRH |

*Pharmaceuticals Inc., et al.*

*Stacey Ruiz v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 13-cv-10161-DRH

*Tracy Ruvolo v. Bayer Corporation, et al.*     No. 13-cv-10190-DRH

*Jennifer Sager v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 10-cv-13092-DRH

*Heather Schroeder, et al. v. Bayer Corporation, et al*     No. 10-cv-20244-DRH

*Tamara Severin v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 10-cv-13767-DRH

*Kristina Sexton v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 10-cv-12415-DRH

*Ashley Vellequette, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 10-cv-11202-DRH

*Victoria Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 12-cv-11286-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to stipulations of dismissal and/or orders of dismissal filed to date, the above captioned cases are ready for judgment and are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        **BY:** /s/*Caitlin Fischer*
                                                    **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.09.02 11:40:57 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT